# EXHIBIT A

**Erik Janitens**

| | |
|---|---|
| **From:** | Erik Janitens |
| **Sent:** | Tuesday, January 3, 2023 12:59 PM |
| **To:** | William Ramey; Jeff Kubiak; LitigationParalegals |
| **Cc:** | Gabriel Culver; Russell Rodriguez; Robert Greeson |
| **Subject:** | RE: Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline |

Hi Bill, Happy New Year.  We can accept/waive service for Match Group LLC and Humor Rainbow provided they're afforded a reasonable extension to file a responsive pleading (i.e., 60 days under FRCP 4).  Regarding mechanics of changing the parties, do you intend filing a motion to substitute parties or refile the complaint against the new parties?  Please let us know.

-Erik

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, December 21, 2022 6:12 AM
**To:** Erik Janitens <erik.janitens@nortonrosefulbright.com>; Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; Russell Rodriguez <russell.rodriguez@nortonrosefulbright.com>; Robert Greeson <robert.greeson@nortonrosefulbright.com>
**Subject:** RE: Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline

Hi Erik,

We will amend to name the parties.  As for venue, it is proper in WDTX.

Please let us know if you will accept service for the renamed entities.

Thanks,

Bill

---

**From:** Erik Janitens <erik.janitens@nortonrosefulbright.com>
**Sent:** Tuesday, December 20, 2022 3:44 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; Russell Rodriguez <russell.rodriguez@nortonrosefulbright.com>; Robert Greeson <robert.greeson@nortonrosefulbright.com>
**Subject:** RE: Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline

Hi Bill –

Thanks again for getting that extension on file.  I just wanted to touch base regarding the appropriate parties and venue for the case.  As you know from prior cases (e.g., *NetSoc v. Match*), the proper Match entity here should be Match Group, LLC rather than Match Group, Inc. ("MGI").  MGI is a Match holding company, and does not operate the accused Tinder or OkCupid apps.  Instead, Match Group, LLC operates Tinder, and Humor Rainbow, Inc. operates OkCupid.  Given that the proper defendants are Match Group, LLC and Humor Rainbow, Inc., venue is not proper in WDTX.  Neither has any presence in WDTX, let alone any regular and established place of business in WDTX.  Instead, the appropriate venue for both of these defendants would be NDTX—where both are headquartered.

1

In light of the above, please let us know if you are amendable to amending the complaint to name the proper parties and transferring the case to NDTX, as was done in *NetSoc v. Match*.  Happy to discuss what would be the most efficient way to accomplish this.

Thanks,
Erik

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Tuesday, November 29, 2022 3:47 PM
**To:** Erik Janitens <erik.janitens@nortonrosefulbright.com>; Robert Greeson <robert.greeson@nortonrosefulbright.com>
**Cc:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; Russell Rodriguez <russell.rodriguez@nortonrosefulbright.com>
**Subject:** RE: Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline

I have already asked that it be filed.

---

**From:** Erik Janitens <erik.janitens@nortonrosefulbright.com>
**Sent:** Tuesday, November 29, 2022 3:44 PM
**To:** William Ramey <wramey@rameyfirm.com>; Robert Greeson <robert.greeson@nortonrosefulbright.com>
**Cc:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; Russell Rodriguez <russell.rodriguez@nortonrosefulbright.com>
**Subject:** RE: Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline

Thanks, Bill.  Do you think your office will be able to get it filed this afternoon (or tomorrow)?

-Erik

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Tuesday, November 29, 2022 2:23 PM
**To:** Erik Janitens <erik.janitens@nortonrosefulbright.com>; Robert Greeson <robert.greeson@nortonrosefulbright.com>
**Cc:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; Russell Rodriguez <russell.rodriguez@nortonrosefulbright.com>
**Subject:** RE: Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline

Hi Erik,

It is good to hear from you.  Yes, we are amenable to a 45-day.

Bill

---

**From:** Erik Janitens <erik.janitens@nortonrosefulbright.com>
**Sent:** Tuesday, November 29, 2022 2:18 PM
**To:** William Ramey <wramey@rameyfirm.com>; Robert Greeson <robert.greeson@nortonrosefulbright.com>
**Cc:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; Russell Rodriguez <russell.rodriguez@nortonrosefulbright.com>
**Subject:** RE: Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline

Hi Bill –

I hope you had a great Thanksgiving.  Would you be able to file the attached unopposed motion for extension of time and proposed order before the 12/2 deadline?  Also, given a 30 day extension would land on New Year's, would you be amenable to a 45 day extension instead?  Happy to discuss if needed.

Thanks,
Erik

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, November 21, 2022 1:43 PM
**To:** Robert Greeson <robert.greeson@nortonrosefulbright.com>
**Cc:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; Taylor Shields <taylor.shields@nortonrosefulbright.com>; Erik Janitens <erik.janitens@nortonrosefulbright.com>
**Subject:** RE: Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline

Hi Robert,

I trust you and your family have as great holiday season.

A 30-day extension is fine.

Thanks,

Bill



**From:** Robert Greeson <robert.greeson@nortonrosefulbright.com>
**Sent:** Monday, November 21, 2022 1:25 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Gabriel Culver <gabriel.culver@nortonrosefulbright.com>; Taylor Shields <taylor.shields@nortonrosefulbright.com>; Erik Janitens <erik.janitens@nortonrosefulbright.com>
**Subject:** Street Spirit / Match Group (WDTX) - Extension of Responsive Pleading Deadline

Hi Bill –

NRF has been retained by Match Group in the above referenced matter.  Match Group's responsive pleading deadline is December 2, 2022.  Does Street Spirit oppose a 30 day extension?

Please let us know.

I hope the holidays are treating you well so far, and that you have a Happy Thanksgiving.

Best,

--Robert

**Robert Greeson** | Head of Technology and Communications, Media and Entertainment, United States
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 7430 | Fax +1 214 855 8200
robert.greeson@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.